Order entered November 6 , 2012

004757



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00667-CR

### JOSE LUIS COVARRUBIAS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 283rd District Court
Dallas County, Texas
Trial Court Cause No. F11-00784-T

## ORDER

The Court **ORDERS** appellant to file his brief within **THIRTY DAYS** of the date of this order.

DAVID L. BRIDGES
JUSTICE